UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| RIDER CLOTHING LLC,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BOARDRIDERS, INC.; OAKTREE CAPITAL GROUP, LLC; BOARDRIDERS IP HOLDINGS, LLC,<br><br>　　　　Defendants. | CASE NO.: 2:19-CV-4098-RGK-E<br><br>[~~PROPOSED~~] **JUDGMENT**<br><br>Judge: Hon. R. Gary Klausner |

[PROPOSED] JUDGMENT

**[PROPOSED] JUDGMENT**

On August 7, 2020, this Court issued an order granting Defendants Boardriders, Inc., Boardriders IP Holdings, LLC, and Oaktree Capital Group, LLC's ("Defendants") motion for summary judgment. (ECF No. 74.) In accordance with that order, IT IS ORDERED, ADJUDGED, AND DECREED that judgment is entered in favor of Defendants, that Plaintiff Rider Clothing LLC take nothing from Defendants, that the action be dismissed with prejudice on the merits, and that Defendants recover their costs of suit from Rider Clothing LLC pursuant to a bill of costs filed in accordance with 28 U.S.C. § 1920, Federal Rule of Civil Procedure 54, and Local Rule 54-1 through 54-8, as applicable.

**IT IS SO ORDERED.**

DATED: August 13, 2020

*[signature: Gary Klausner]*

Hon. R. Gary Klausner
United States District Court Judge